

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2013

No. 04-13-00719-CV

**AMERICAN NATIONAL INSURANCE COMPANY**,
Appellant

v.

**THE CONESTOGA SETTLEMENT TRUST**, The RE Family Trust and Shea Ungar A/K/A
Hershey Ungar Trustee of The RE Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17464
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

We **grant** appellant's motion for a stay of the proceedings in the trial court. We **order** that cause number 2011-CI-17464, styled *The Conestoga Settlement Trust v. The RE Family Trust, Shea Ungar A/K/A Hershey Ungar, Trustee of the RE Family Trust, and American National Insurance Company*, and pending in the 131st Judicial District Court of Bexar County, Texas, is stayed pending final disposition of this accelerated interlocutory appeal. *See* TEX. R. APP. P. 29.3.

It is so ORDERED on this 18th day of November, 2013.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court